IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GLORIA EVANS MICKENS, et al.,**

    **Plaintiffs,**

v.                                                        Case No. 4:25-cv-102-AW-MJF

**CIRCUIT COURT SECOND JUDICIAL CIRCUIT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Three pro se Plaintiffs sued three state judges, two courts, and numerous others. The judicial defendants moved to dismiss. ECF Nos. 16, 17, 21. Plaintiffs filed responses in opposition. ECF Nos. 27, 28, 29. In a thorough report and recommendation, the magistrate judge recommends granting all three motions and dismissing all claims against the judicial defendants. ECF No. 32. Having considered the report and recommendation, and having considered de novo the issues raised in Plaintiffs' objections (ECF No. 33), I agree with the magistrate judge.

I now adopt the report and recommendation and incorporate it into this order. Plaintiffs' objections, which are principally reargument and duplicative of what was in their responses, are overruled. The motions to dismiss (ECF Nos. 16, 17, 21) are GRANTED. Plaintiffs' Title VII claims are dismissed for failure to state a claim. Plaintiffs' non-Title-VII claims against the courts and Plaintiffs' non-Title-VII

claims against the judges in their official capacities are dismissed based on Eleventh Amendment immunity. Plaintiffs' remaining claims against the judges in their individual capacities are dismissed based on judicial immunity.

The magistrate judge will conduct further appropriate proceedings as to the remaining claims.

SO ORDERED on June 12, 2025.

                                            s/ *Allen Winsor*
                                            United States District Judge